**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO. 3:08cr22 LAC

MICHAEL BERGER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   June 16, 2009
Motion/Pleadings:   MOTION FOR RETURN OF PROERTY
Filed by  DEFT            on 6/3/09      Doc.# 707

RESPONSES:
By Government                 on 6/16/09      Doc.# 730
                                       on                  Doc.#

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                  *s/Mary Maloy*
LC (1 OR 2)                                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of June, 2009, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                                    *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                               ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.